### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID SUCKOCKI | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No.: 20-1048 |
| | : | |
| FEDEX FREIGHT, INC, et al. | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Plaintiff in the above-referenced matter.

Respectfully submitted,

**KARPF, KARPF & CERUTTI, P.C.**


*/s/ W. Charles Sipio*
W. Charles Sipio, Esq.

Dated: July 2, 2020